# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

05  PH 3: 47

- - - - - - - - - - - - - - - - - - - -x

Dan-Dee International, Ltd.,

               Plaintiff,

          v.

Dollar General Corporation, Dolgencorp, Inc.,
and Kellytoy (USA), Inc.,

              Defendant.

- - - - - - - - - - - - - - - - - - - -x

Case No.: 8:02-CV-66-T-24 TBM

This motion/petition/application has
been duly considered and is hereby
granted  this 20
day of March , 20 03

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

FILED
03 MAR 27  PH 2: 27

### Stipulation of Dismissal

The parties, having entered into a Settlement Agreement, by their

respective counsel, hereby stipulate that the claims and counterclaims in the above

action shall be dismissed, without prejudice, with each party to bear its own costs and

counsel fees.  The Court shall retain jurisdiction of this action for the purpose of

enforcing the Settlement Agreement.

Bradley T. Guldalian, Esq.
Florida Bar No. 0161608
PHELPS DUNBAR, L.L.P.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
(813) 472-7576

Attorneys for Plaintiff

Exhibit 3

SCANNED

35

Andrew C. Greenberg, Esq.
Carlton Fields, P.A.
One Harbour Place
777 S. Harbour Island Boulevard
Tampa Florida 33602
Post Office Box 3239
Tampa, Florida 33601-3239
(813) 223-7000

Attorney for Defendants Dollar General
Corporation, Dolgencorp, Inc. and
Kellytoy (USA), Inc.

223321.1

F I L E   C O P Y

Date Printed: 03/28/2003



Notice sent to:

    ____  Bradley T. Guldalian, Esq.
          Phelps Dunbar LLP
          100 S. Ashley Dr., Suite 1900
          Tampa, FL  33602-5311

    ____  Neil M. Zipkin, Esq.
          Amster, Rothstein & Ebenstein
          90 Park Ave.
          New York, NY  10016

    ____  Trebor Lloyd, Esq.
          Amster, Rothstein & Ebenstein
          90 Park Ave.
          New York, NY  10016

    ____  Andrew C. Greenberg, Esq.
          Carlton Fields, P.A.
          P.O. Box 3239
          Tampa, FL  33602

    ____  A. Alexander Rhodes, Esq.
          Carlton Fields, P.A.
          P.O. Box 3239
          Tampa, FL  33602

    ____  Renee M.H. Yuen, Esq.
          Dollar General Corporation
          100 Mission Ridge
          Goodlettsville, TN  37072

    ____  Peter J. Grilli
          Peter J. Grilli, P.A.
          100 S. Ashley Dr., Suite 1300
          Tampa, FL  33602